# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

LARRY JAY and PATRICIA JAY,

    Plaintiffs,

v.                                                       CASE NO: 8:12-cv-349-T-26AEP

THE FIRST LIBERTY INSURANCE
CORPORATION,

    Defendant.
_____/

## O R D E R

Upon due consideration, it is ordered and adjudged that Defendant's Motion to Stay Litigation and Discovery and Compel Completion of Neutral Evaluation (Dkt. 6) is denied without prejudice for failure of Defendant's counsel to comply with the conferral requirements of Local Rule 3.01(g). The parties shall confer *personally* within the next seven (7) days in a good faith effort to resolve the issues raised in the motion. In doing so, Plaintiffs' counsel shall be mindful of this Court's recent order entered in a separate case granting the same relief requested by Defendants counsel. See <u>Morejon v. American Sec. Ins. Co.</u>, ___ F.Supp.2d ___, 2011 WL 6287946 (M.D. Fla. Dec. 9, 2011).

**DONE AND ORDERED** at Tampa, Florida, on March 27, 2012.

                                              s/*Richard A. Lazzara*
                                              **RICHARD A. LAZZARA**
                                              **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record