UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LARRY JAY and PATRICIA JAY,

    Plaintiffs,

v.                                             CASE NO: 8:12-cv-349-T-26AEP

THE FIRST LIBERTY INSURANCE
CORPORATION,

    Defendant.
_____/

## O R D E R

Upon due consideration, it is ordered and adjudged that Defendant's Unopposed Renewed Motion to Stay Litigation and Discovery and Compel Completion of Neutral Evaluation (Dkt. 8) is granted. All proceedings in this case, including discovery, are stayed pending the parties' participation in and completion of a neutral evaluation pursuant to section 627.7074 of the Florida Statutes. The Clerk is directed to administratively close this case during the period of the stay, subject to being reopened on motion of either party after the completion of the neutral evaluation.

**DONE AND ORDERED** at Tampa, Florida, on March 29, 2012.

                                        s/*Richard A. Lazzara*
                                        **RICHARD A. LAZZARA**
                                        **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record